UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAMESES WILLIAMS,

                      Plaintiff,

    v.                                                  9:08-cv-413

B. FISCHER, et al.

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      Plaintiff moves for reconsideration of the Court's November 14, 2008 Order adopting the October 1, 2008 Report and Recommendation that recommended denying Plaintiff's motion to strike Defendants' affirmative defenses. Plaintiff seeks reconsideration on the ground that he misunderstand applicable procedures. The Report-Recommendation clearly apprised Plaintiff that he could file written objections to the report within ten days. Accordingly, the applicable procedures were explained to him by the Magistrate Judge. Thus, this is not a valid basis for reconsideration. Having failed to demonstrate any other basis upon which reconsideration would be warranted, the motion to reconsider is DENIED.

IT IS SO ORDERED.

Dated: December 15, 2008

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge