UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**RAMESES WILLIAMS,**

                 **Plaintiff,**

    v.                                                 No. 08-CV-413 (TJM/DRH)

**B. FISCHER,** Commissioner, NYS DOCS;
**J. TAYLOR,** Superintendent, Gouverneur Correctional
Facility; **R. PIRIE,** Deputy Superintendent of
Programs, Gouverneur Correctional Facility; and
**J. NOCERA,** Investigator/New York State Inspector
General, NYS DOCS,

                 **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# DECISION & ORDER

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated August 17, 2010 have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

      It is therefore,

1

**ORDERED** that Defendant's motion for summary judgment (dkt. No. 47) is **GRANTED** and all claims against all defendants are **DISMISSED**.

**IT IS SO ORDERED**.

DATED:   September 29, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge